| | |
|---|---|
| 1 | Bruce D. Praet, SBN 119430 |
| 2 | FERGUSON, PRAET & SHERMAN<br>A Professional Corporation |
| 3 | 1631 East 18th Street<br>Santa Ana, California 92705 |
| 4 | (714) 953-5300 Telephone<br>(714) 953-1143 Facsimile |
| 5 | BPraet@aol.com |
| 6 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRA, | NO. 1:08-CV-01909-OWW-GSA |
| Plaintiff, | **ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | **[F.R.Civ.P., Rule 41(a)(1)]** |
| CITY OF KERMAN, CHIEF OF POLICE WILLIAM NEWMAN, OFFICER RONALD GAXIOLA, individually and in his official capacity, OFFICER TOM CHAPMAN, individually and in his official capacity, and OFFICER GURDEEP DEOL, individually and in his official capacity, and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED AND ADJUDGED:

That pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), this entire action is dismissed with prejudice as against all Defendants, each side to bear their own fees and costs.

///

///

No. 1:08-CV-01909-OWW-GSA

1 | IT IS SO ORDERED.

2 | **Dated:   May 3, 2011**                              /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE